AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Andre McClelland <br><br> *Plaintiff(s)* <br> v. <br> Los Angeles County; (see attached) <br><br> *Defendant(s)* | Civil Action No. 2:19-cv-06755 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Los Angeles County; Deputy Medina; Deputy Roe; Deputy Cervantes; Deputy Juarez; OSJ Enforcement Officer Gorman; Does 1 through 100, inclusive.

500 W. Temple Street, #383
Los Angeles, CA 90012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Office of J. Blacknell
Jovan Blacknell, Esq.
200 Corporate Pointe, suite 495
Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

LAW OFFICE OF J. BLACKNELL
JOVAN BLACKNELL (SBN 237162)
200 Corporate Pointe, Suite 495
Culver City, CA 90230
T.: 310.469.9117; Fax.: 310.388.3765
Attorney for Plaintiff,
ANDRE MCCLELLAND

IN THE UNITED STATE DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ANDRE MCCLELLAND, | COMPLAINT FOR DAMAGES |
|---|---|
| Plaintiff, | (1) Violation of Civil Rights (42 U.S.C. section 1983) |
| vs. | (2) Negligence |
| LOS ANGELES COUNTY; DEPUTY MEDINA, individually and in his official capacity; DEPUTY ROE, individually and in his official capacity; DEPUTY CERVANTES, individually and in his official capacity; DEPUTY JUAREZ, individually and in his official capacity; OSJ ENFORCEMENT DEPUTY GORMAN, individually and in his official capacity; DOES 1 through 100, inclusive, | (3) Negligence Res Ipsa Loquitur |
| | (4) Battery |
| | (5) Intentional Infliction of Emotional Distress |
| | (6) Interference with Constitutional Rights (Bane Act; California Civil Code Section 52.1) |
| | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff ANDRE MCCLELLAND alleges on information and belief as follows:

PLAINTIFF'S COMPLAINT FOR VIOLATION OF CIVIL RIGHTS; NEGLIGENCE; NEGLIGENCE RES
IPSA LOQUITUR; BATTERY; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;
INTERFERENCE WITH CONSTITUTIONAL RIGHTS

1